CARRIE LOEB et al., Appellants, *v.* SUPREME LODGE OF THE ROYAL ARCANUM, Respondent.

(Submitted April 25, 1910; decided May 3, 1910.)

Motion for re-argument denied, with ten dollars costs.   (See 198 N. Y. 180.)